The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

**WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,**

Petitioners,

v.

**UNITED STATES DEPARTMENT OF JUSTICE,**

Respondent.

Case No. 3:26-mc-5007-TMC

**STIPULATED MOTION FOR EXTENSION OF DEADLINES AND ORDER EXTENDING DEADLINES**

Noted for Consideration:
Today

COMES NOW Respondent, by and through their counsel, Ashley N. Light and Catherine Yoon, and Petitioners, by and through its counsel, Nicholas W. Brown, Attorney General for the State of Washington, and Assistant Attorneys General Katrina Manis, Noelle Green, and Sean F. O'Quinn, pursuant to LCR 7(j) and 10(g), and hereby jointly stipulate and request that the Court continue the deadlines under LCR 7(d)(3) in this case as requested below.

WHEREAS the Parties agree that this matter involves arguments necessitating additional time for evaluation and response. Respondent has been diligently working toward evaluating and responding to Petitioner's Motion but needs additional time to coordinate with Department

leadership and other Department offices and respond to Petitioners' arguments. Petitioners anticipate needing additional time to reply to Respondent's response.

WHEREAS the Parties acknowledge the standard timelines regarding 21-day motions under LCR 7(d)(3). The pending Motion to Quash is noticed for November 16, 2026. Dkt. 1. The Parties request the Court extend the deadline for Respondent's response from November 10, 2026 until December 1, 2026. Additionally, the Parties request that the Court extend the deadline for Petitioners' reply from November 16, 2026 until December 15, 2026.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Respondent shall submit its response to the pending Motion to Quash by December 1, 2026.
2. Petitioners shall submit their reply to Respondent's response to the pending Motion to Quash by December 15, 2026.
3. The Motion is noted for consideration on December 15, 2026.

SO STIPULATED.

DATED this 4th day of November, 2026.

/s *Ashley N. Light*
ASHLEY N. LIGHT
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 718-2258
Email: ashley.light@usdoj.gov
Attorney for the United States

SO STIPULATED.

DATED this 4th day of November, 2026.

*s/ Katrina B. Manis*
KATRINA B. MANIS, WSBA #58249
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-459-3123
katrina.manis@atg.wa.gov
Attorney for Washington State Department of Corrections and Tim Lang

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of November, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge